IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

DEMARS CROWELL,

    Plaintiff,

v.

Sgt. GIBSON; Officer GENA JACKSON;
Officer COTHERN; Nurse MONROE;
Head P.A. MOORE; and COFFEE
CORRECTIONAL FACILITY,

    Defendants.

CIVIL ACTION NO.: CV511-021

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Sgt. Gibson are **DISMISSED**. Coffee Correctional Facility is also **dismissed** as a named Defendant.

**SO ORDERED**, this 10 day of May, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)