IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

DEMARS CROWELL,

    Plaintiff,

v.

GENA JACKSON; TROY COTHERN;
CYNTHIA MONROE; and
DEBORAH MOORE,

    Defendants.

CIVIL ACTION NO.: CV511-021

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff asserts that he had his medical profile with him when he arrived at Coffee Correctional Facility. Plaintiff also asserts that the reason there are no objective medical findings regarding his back pain is because he was never examined.

As the Magistrate Judge determined, Defendants presented evidence which shows that they are entitled to summary judgment. In contrast, Plaintiff has presented no evidence creating a genuine dispute as to any material fact regarding his deliberate indifference claims. Plaintiff's Objections are **overruled**. Defendants' Motion for

Summary Judgment is **GRANTED**. Plaintiff's Complaint is **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 11 day of January, 2012.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA